(November 15, 1967)

■ In the Matter of LANGDON J. COLLIER, an Attorney, Respondent. WESTCHESTER COUNTY BAR ASSOCIATION, Petitioner.—

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

(November 20, 1967)

■ In the Matter of BERNARD FRANKLIN KASS, Also Known as BERNARD KASS, and BERNARD F. KASS, an Attorney.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.